IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of: ) | CV 21-00231 DKW-RT |
| ) | |
| The Complaint of SEBASTIAN ) | |
| DAVIES and LYNLEE DAVIES, as ) | ORDER ADOPTING |
| owners of 2000 Bayliner 1802 ) | MAGISTRATE JUDGE'S |
| Trophy Cuddy bearing hull ) | FINDINGS AND |
| identification number ) | RECOMMENDATION |
| BL3A46FJ1899 and Hawaii ) | |
| registration HA2536G, and her ) | |
| engines, tackle, appurtenances, etc., ) | |
| for exoneration from or limitation of ) | |
| liability. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 16, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Limitation Plaintiffs' Motion for Entry of Default and

Default Judgment Against All Claimants Who Have Not Filed a Claim and Answer" , ECF No. 27 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 8, 2022 at Honolulu, Hawai'i.

/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*In the Matter of : The Complaint of Sebastian Davies and Lynlee Davies*; Civil No. 21-00231 DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**